IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN DOUGLAS HESSEL,                                    CV. 07-249-KI

        Petitioner,                                    ORDER

    v.

DON MILLS,

        Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss (#19) is GRANTED.
This proceeding is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this _____21st_____ day of November, 2007.


                   /s/ Garr M. King
                  Garr M. King
                  United States District Judge

1 -- ORDER